# Court of Appeals
# of the State of Georgia

ATLANTA,____August 06, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2186.   KENNETH  CLARK  v.  THE  CORPORATION  OF  WILCOX COUNTY et al.**

Kenneth Clark appealed directly to this Court from an order of the superior court denying the filing of his civil complaint.  Because Clark is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the superior court's order.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____08/06/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*